241 U. S.    Decisions on Petitions for Writs of Certiorari.

Appeals for the Sixth Circuit denied. *Mr. John A. Cline* for the petitioner. *Mr. Thomas H. Hogsett* for the respondent.

No. 856. GEORGE W. BOWEN, ETC., PETITIONER, *v.* DICKS PRESS GUARD MANUFACTURING COMPANY ET AL. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles F. Fawsett* for the petitioner. Respondents for themselves.

No. 955. THE MAYOR AND CITY COUNCIL OF BALTIMORE, PETITIONER, *v.* THE UNITED RAILWAYS & ELECTRIC COMPANY OF BALTIMORE. May 8, 1916. Petition for a writ of certiorari to the Court of Appeals of the State of Maryland denied. *Mr. S. S. Field* for the petitioner. *Mr. Sylvan Hayes Lauchheimer* for the respondent.

No. 958. WILLIAM W. DOWNEY, RECEIVER, ETC., PETITIONER, *v.* HARTFORD FIRE INSURANCE COMPANY. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Malcolm Jackson* and *Mr. John O. Henson* for the petitioner. *Mr. W. Calvin Chesnut* and *Mr. John W. Davis* for the respondent.

No. 967. GUARANTY TRUST COMPANY OF NEW YORK ET AL., PETITIONERS, *v.* BETTENDORF AXLE COMPANY. May 8, 1916. Petition for a writ of certiorari to the

United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Alfred W. Kiddle* for the petitioners. *Mr. James R. Sheffield* for the respondent.